UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONALD BEESLEY, | Civil No. 2:08-CV-1593-RSM-BAT |
| Plaintiff, | |
| vs. | ORDER FOR REMAND |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant | |

Based on the stipulation between the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, an Administrative Law Judge (ALJ) will be directed to further evaluate the medical record. The ALJ will reevaluate Plaintiff's residual functional capacity. Plaintiff's mental limitations will be clarified and supplemental vocational

Page 1     ORDER - [2:08-CV-1593-RSM-BAT]

expert testimony should be obtained.  The hypothetical posed to the vocational expert should include all of Plaintiff's physical and mental limitations.  The parties agree that reasonable attorney fees and expenses should be awarded, upon proper application, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

DATED this _14_ day of _July_ 2009.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Recommended for Entry:

  /s/ BRIAN A. TSUCHIDA
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ L. JAMALA EDWARDS
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Ave, Ste 2900
Seattle, WA 98104
Phone: (206) 615-3749
Fax: (206)615-2531
jamala.edwards@ssa.gov